Certificate Number: 14912-ILN-DE-035708492

Bankruptcy Case Number: 15-41507



14912-ILN-DE-035708492

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2021, at 3:54 o'clock PM EDT, Lisa Mann completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: May 26, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor