**Fill in this information to identify the case:**

Debtor 1     Larry J Mann

Debtor 2     Lisa M Mann
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of IL
                                                                      (State)

Case number:  15-41507

Official Form 4100R
# Response to Final Cure Payment                                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Wells Fargo Bank, N.A.

**Court Claim no. (**if known**)** 2

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX0313

**Property address:** 3815 Clipper Drive
                     Number        Street

                     .

                     Hanover Park, IL 60133
                     City              State     Zip Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

## Part 3: Postpetition Mortgage Payment

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on: _____
                                                      MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due (less suspense balance of $939.54):     (a) $2,074.98
b. Total fees, charges, expenses, escrow, and costs outstanding:                    (b) $0.00
**c. Total**. Add lines a and b.                                                     (c) $2,074.98
Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments that first became
due on:                                                    4/1/2021
                                                         MM / DD / YYYY

Debtor 1  <u>Lisa M Mann</u>
      First Name   Middle Name   Last Name

Case number: <u>15-41507</u>

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**  <u>/s/ Michael N. Burke</u>      Date: <u>5/7/2021</u>
   Signature

**Print:**  
   <u>Michael N. Burke</u>  
   First Name   Middle Name   Last Name

Title: <u>Attorney for and on behalf of Wells Fargo Bank, N.A. (as servicer for creditor)</u>

Company   LOGS Legal Group LLP

Address   <u>2121 Waukegan Road, Suite 301</u>
      Number   Street
      Bannockburn, IL 60015
      City   State   ZIP Code

Contact phone   <u>(847) 291-1717</u>

Email  <u>logsecf@logs.com</u>

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:     5/7/2021

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Lisa M Mann
3815 Clipper Drive
Hanover Park, IL 60133

Larry J Mann
3815 Clipper Drive
Hanover Park, IL 60133

/s/ Michael N. Burke
Richard B. Aronow  3123969
Michael N. Burke  6291435
Mike Kalkowski  6185654
LOGS Legal Group LLP
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
logsecf@logs.com

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | 1/17/2016 | $658.14 | | | $1,316.28 |
| | 1/1/2016 | $1,316.29 | | | 1/25/2016 | $1,316.28 | $0.00 |
| | | | 1/29/2016 | $658.14 | | | $658.14 |
| | | | 2/12/2016 | $658.15 | | | $1,316.29 |
| | 2/1/2016 | $1,316.29 | | | 2/15/2016 | $1,316.29 | $0.00 |
| | | | 2/29/2016 | $658.15 | | | $658.15 |
| | | | 3/17/2016 | $358.15 | | | $1,016.30 |
| | | | 3/31/2016 | $299.99 | | | $1,316.29 |
| | 3/1/2016 | $1,316.29 | | | 4/1/2016 | $1,316.29 | $0.00 |
| | | | 4/15/2016 | $1,316.29 | | | $1,316.29 |
| | 4/1/2016 | $1,316.29 | | | 4/18/2016 | $1,316.29 | $0.00 |
| | | | 5/13/2016 | $1,316.29 | | | $1,316.29 |
| | 5/1/2016 | $1,316.29 | | | 5/17/2016 | $1,316.29 | $0.00 |
| | | | 6/15/2016 | $800.00 | | | $800.00 |
| | | | 6/30/2016 | $516.29 | | | $1,316.29 |
| | 6/1/2016 | $1,316.29 | | | 7/1/2016 | $1,316.29 | $0.00 |
| | | | 7/15/2016 | $800.00 | | | $800.00 |
| | | | 7/29/2016 | $516.29 | | | $1,316.29 |
| | 7/1/2016 | $1,316.29 | | | 8/1/2016 | $1,316.29 | $0.00 |
| | | | 9/9/2016 | $400.00 | | | $400.00 |
| | | | 9/23/2016 | $500.00 | | | $900.00 |
| | | | 10/7/2016 | $454.22 | | | $1,354.22 |
| | 8/1/2016 | $1,316.29 | | | 10/10/2016 | $1,316.29 | $37.93 |
| | | | 11/7/2016 | $1,316.29 | | | $1,354.22 |
| | 9/1/2016 | $1,316.29 | | | 11/8/2016 | $1,316.29 | $37.93 |
| | | | 11/15/2016 | $800.00 | | | $837.93 |
| | | | 11/18/2016 | $478.36 | | | $1,316.29 |
| | 10/1/2016 | $1,316.29 | | | 11/21/2016 | $1,316.29 | $0.00 |
| | | | 11/30/2016 | $1,354.22 | | | $1,354.22 |
| | | | | | | | $1,354.22 |
| | 11/1/2016 | $1,354.22 | | | 12/1/2016 | $1,354.22 | $0.00 |
| | | | 1/3/2017 | $677.11 | | | $677.11 |
| | | | 1/11/2017 | $677.11 | | | $1,354.22 |
| | 12/1/2016 | $1,354.22 | | | 1/12/2017 | $1,354.22 | $0.00 |
| | | | 1/31/2017 | $1,354.22 | | | $1,354.22 |
| | 1/1/2017 | $1,354.22 | | | 2/1/2017 | $1,354.22 | $0.00 |

**Case Number:  1541507**                                                                                                          **Page 1 of 3**

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | 2/28/2017 | $1,354.22 | | | $1,354.22 |
| | 2/1/2017 | $1,354.22 | | | 3/1/2017 | $1,354.22 | $0.00 |
| | | | 3/31/2017 | $1,354.22 | | | $1,354.22 |
| | 3/1/2017 | $1,354.22 | | | 4/3/2017 | $1,354.22 | $0.00 |
| | | | 5/1/2017 | $1,354.22 | | | $1,354.22 |
| | 4/1/2017 | $1,354.22 | | | 5/2/2017 | $1,354.22 | $0.00 |
| | | | 5/31/2017 | $1,354.22 | | | $1,354.22 |
| | 5/1/2017 | $1,354.22 | | | 6/1/2017 | $1,354.22 | $0.00 |
| | | | 7/2/2017 | $1,354.22 | | | $1,354.22 |
| | 6/1/2017 | $1,341.19 | | | 7/3/2017 | $1,341.19 | $13.03 |
| | | | 7/31/2017 | $1,354.22 | | | $1,367.25 |
| | 7/1/2017 | $1,341.19 | | | 8/1/2017 | $1,341.19 | $26.06 |
| | | | 8/31/2017 | $1,341.19 | | | $1,367.25 |
| | 8/1/2017 | $1,341.19 | | | 9/1/2017 | $1,341.19 | $26.06 |
| | | | 9/29/2017 | $1,341.19 | | | $1,367.25 |
| | 9/1/2017 | $1,341.19 | | | 10/2/2017 | $1,341.19 | $26.06 |
| | | | 10/31/2017 | $1,341.19 | | | $1,367.25 |
| | 10/1/2017 | $1,341.19 | | | 11/1/2017 | $1,341.19 | $26.06 |
| | 11/1/2017 | $1,341.19 | 11/30/2017 | $1,341.19 | 11/30/2017 | $1,341.19 | $26.06 |
| | 12/1/2017 | $1,344.75 | 1/2/2018 | $1,344.75 | 1/2/2018 | $1,344.75 | $26.06 |
| | | | 1/31/2018 | $1,344.75 | | | $1,370.81 |
| | 1/1/2018 | $1,344.75 | | | 2/1/2018 | $1,344.75 | $26.06 |
| | 2/1/2018 | $1,344.75 | 2/28/2018 | $1,344.75 | 2/28/2018 | $1,344.75 | $26.06 |
| | 3/1/2018 | $1,344.75 | 3/30/2018 | $1,344.75 | 3/30/2018 | $1,344.75 | $26.06 |
| | 4/1/2018 | $1,344.75 | 4/30/2018 | $1,344.75 | 4/30/2018 | $1,344.75 | $26.06 |
| | 5/1/2018 | $1,344.75 | 6/1/2018 | $1,344.75 | 6/1/2018 | $1,344.75 | $26.06 |
| | 6/1/2018 | $1,344.75 | 6/29/2018 | $1,344.75 | 6/29/2018 | $1,344.75 | $26.06 |
| | 7/1/2018 | $1,344.75 | 7/31/2018 | $1,344.75 | 7/31/2018 | $1,344.75 | $26.06 |
| | | | 8/5/2018 | $1,344.75 | | | $1,370.81 |
| | 8/1/2018 | $1,280.39 | | | 8/6/2018 | $1,280.39 | $90.42 |
| | | | | | | | $90.42 |
| | 9/1/2018 | $1,280.39 | 10/1/2018 | $1,280.39 | 10/1/2018 | $1,280.39 | $90.42 |
| | 10/1/2018 | $1,280.39 | 10/31/2018 | $1,280.39 | 10/31/2018 | $1,280.39 | $90.42 |
| | 11/1/2018 | $1,280.39 | 11/30/2018 | $1,280.39 | 11/30/2018 | $1,280.39 | $90.42 |
| | 12/1/2018 | $1,348.88 | 12/31/2018 | $1,348.88 | 12/31/2018 | $1,348.88 | $90.42 |
| | 1/1/2019 | $1,348.88 | 1/31/2019 | $1,348.88 | 1/31/2019 | $1,348.88 | $90.42 |

|  | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
|  | 2/1/2019 | $1,348.88 | 2/28/2019 | $1,348.88 | 2/28/2019 | $1,348.88 | $90.42 |
|  | 3/1/2019 | $1,348.88 | 3/29/2019 | $1,348.88 | 3/29/2019 | $1,348.88 | $90.42 |
|  | 4/1/2019 | $1,348.88 | 4/30/2019 | $1,348.88 | 4/30/2019 | $1,348.88 | $90.42 |
|  | 5/1/2019 | $1,348.88 | 5/31/2019 | $1,348.88 | 5/31/2019 | $1,348.88 | $90.42 |
|  | 6/1/2019 | $1,348.88 | 7/1/2019 | $1,348.88 | 7/1/2019 | $1,348.88 | $90.42 |
|  | 7/1/2019 | $1,348.88 | 8/1/2019 | $1,348.88 | 8/1/2019 | $1,348.88 | $90.42 |
|  | 8/1/2019 | $1,348.88 | 8/30/2019 | $1,348.88 | 8/30/2019 | $1,348.88 | $90.42 |
|  | 9/1/2019 | $1,348.88 | 9/30/2019 | $1,348.88 | 9/30/2019 | $1,348.88 | $90.42 |
|  | 10/1/2019 | $1,348.88 | 10/31/2019 | $1,348.88 | 10/31/2019 | $1,348.88 | $90.42 |
|  | 11/1/2019 | $1,348.88 | 11/29/2019 | $1,348.88 | 11/29/2019 | $1,348.88 | $90.42 |
|  | 12/1/2019 | $1,370.59 | 12/30/2019 | $1,370.59 | 12/30/2019 | $1,370.59 | $90.42 |
|  | 1/1/2020 | $1,370.59 | 1/31/2020 | $1,370.59 | 1/31/2020 | $1,370.59 | $90.42 |
|  | 2/1/2020 | $1,370.59 | 2/28/2020 | $1,370.59 | 2/28/2020 | $1,370.59 | $90.42 |
|  | 3/1/2020 | $1,370.59 | 3/30/2020 | $1,370.59 | 3/30/2020 | $1,370.59 | $90.42 |
|  | 4/1/2020 | $1,370.59 | 4/30/2020 | $1,370.59 | 4/30/2020 | $1,370.59 | $90.42 |
|  | 5/1/2020 | $1,370.59 | 6/1/2020 | $1,370.59 | 6/1/2020 | $1,370.59 | $90.42 |
|  |  |  |  |  |  |  | $90.42 |
|  | 5/1/2020 | ($1,370.59) |  |  | 6/11/2020 | ($1,370.59) | $1,461.01 |
|  |  |  | 6/12/2020 | ($658.14) |  |  | $802.87 |
|  |  |  | 6/12/2020 | $0.01 |  |  | $802.88 |
|  | 5/1/2020 | $1,370.59 | 7/1/2020 | $1,370.59 | 7/1/2020 | $1,370.59 | $802.88 |
|  | 6/1/2020 | $1,370.59 | 8/2/2020 | $1,370.59 | 8/2/2020 | $1,370.59 | $802.88 |
|  | 7/1/2020 | $1,370.59 | 8/31/2020 | $1,370.59 | 8/31/2020 | $1,370.59 | $802.88 |
|  | 8/1/2020 | $1,370.59 | 9/30/2020 | $1,370.59 | 9/30/2020 | $1,370.59 | $802.88 |
|  | 9/1/2020 | $1,370.59 | 11/1/2020 | $1,370.59 | 11/1/2020 | $1,370.59 | $802.88 |
|  | 10/1/2020 | $1,370.59 | 11/30/2020 | $1,370.59 | 11/30/2020 | $1,370.59 | $802.88 |
|  |  |  | 12/31/2020 | $1,507.26 |  |  | $2,310.14 |
|  | 11/1/2020 | $1,370.59 |  |  | 1/4/2021 | $1,370.59 | $939.55 |
|  | 12/1/2020 | $1,507.26 | 2/1/2021 | $1,507.26 | 2/1/2021 | $1,507.26 | $939.55 |
|  | 1/1/2021 | $1,507.26 | 2/26/2021 | $1,507.26 | 2/26/2021 | $1,507.26 | $939.55 |
|  | 2/1/2021 | $1,507.26 | 3/31/2021 | $1,507.26 | 3/31/2021 | $1,507.26 | $939.55 |
|  | 3/1/2021 | $1,507.26 | 4/30/2021 | $1,507.26 | 4/30/2021 | $1,507.26 | $939.55 |
|  |  |  |  |  | 5/5/2021 | $0.01 | $939.54 |
|  | 4/1/2021 | $1,507.26 |  |  |  |  |  |
|  | 5/1/2021 | $1,507.26 |  |  |  |  |  |
| Totals |  | $88,246.34 |  | $85,513.22 |  | $85,231.82 | $939.54 |

**Case Number: 1541507**                                                                                                                     **Page 3 of 3**